PUBLIC ENTITY FILING

1  DAVID A. DE BERRY, CITY ATTORNEY #140441
   WAYNE W. WINTHERS, SENIOR ASSIST. CITY ATTY. #134659
2  CITY OF ORANGE
3  300 East Chapman Avenue
   Orange, California 92866
4  (714) 744-5580
   (714) 538-7157 (facsimile)
5  email:  wwinthers@cityoforange.org

6  Attorneys for Defendants CITY OF ORANGE
   and ORANGE POLICE DEPARTMENT
7

JS-6

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10 JAMES SUEHR, et al.,                    )  CASE NO.: SACV07-1120 CJC (RCx)
                                           )
11              Plaintiffs,                )  **Assigned for All Purposes to:**
                                           )  HON. CORMAC J. CARNEY
12 v.                                      )
                                           )  [Proposed] ORDER RE: JOINT STIPULATION
13 CITY OF ORANGE, et al.,                 )  FOR DISMISSAL OF CASE
                                           )
14              Defendants.                )
                                           )  DEPT.: 9B
15 _____ )  COMPLAINT FILED: January 24, 2007
                                              REMOVAL TO FEDERAL COURT FILED:
16                                            September 24, 2007
                                              TRIAL DATE: July 7, 2009
17

18

19         The Court having considered the Stipulation for Dismissal of the action hereby dismisses the

20 entire action brought by Plaintiffs, James Suehr and Matthew Suehr against all defendants with

21 prejudice.

22

23

24

25 Dated:    _____August 26, 2009_____    _____
26                                               HON. CORMAC J. CARNEY
                                                 UNITED STATES DISTRICT
27

28

                                           1